**FILED**

February 11, 2011

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br><br> Plaintiff, )<br>v. )<br><br>BRENDA DESHIELDS, )<br><br> Defendant. ) | Case No. 2:10CR00299-EJG<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release   BRENDA DESHIELDS  , Case No.

2:10CR00299-EJG  , Charge  21USC § 846, 841(a)(1)  , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

__     Release on Personal Recognizance

__     Bail Posted in the Sum of $ 100,000.00 secured by 33,000.00 real property

✔     Unsecured Appearance Bond

__     Appearance Bond with 10% Deposit

__     Appearance Bond with Surety

__     Corporate Surety Bail Bond

✔     (Other)        Pretrial conditions as stated on the record.

This release order is not effective until the date defendant has signed and understands the

attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  February 14, 2011  at  8:30 am .

To Be released to pretrial @ on 2/14/11
@ 8:30 am

By    /s/ Gregory G. Hollows
      Gregory G. Hollows
      United States Magistrate Judge

Copy 5 - Court