UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**M E M O R A N D U M AND ORDER**



FILED
OCT 12 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

Honorable Edward J. Garcia
Senior United States District Judge
Sacramento, California

       RE: **Brenda DESHIELDS**
          Docket Number: 2:10CR00299-05
          **CONTINUANCE OF JUDGMENT**
          **AND SENTENCING; ORDER**

Your Honor:

Per agreement with both counsel, it is respectfully requested that the above-referenced case be continued from October 12, 2012 to January 4, 2013 at 10:00 a.m. (See attached amended Schedule for Disclosure.)

**REASON FOR CONTINUANCE:** Due to workload demands, the above case has been reassigned. As such, additional time is needed to prepare the presentence investigation report and the following proposed schedule is offered.

By copy of this memorandum, the Court Clerk is being requested to make appropriate changes in the Court calendar.

        Respectfully submitted,

       */s/ Miranda L. Lutke*

        **MIRANDA L. LUTKE**
        **United States Probation Officer**

**REVIEWED BY:** */s/ Jeffrey C. Oestreicher*

       **JEFFREY C. OESTREICHER**
       **Supervising United States Probation Officer**

Dated:  10/05/2012
      Sacramento, California
      MLL/fn

**RE:  Brenda DESHIELDS**
**Docket Number:  2:10CR00299-05**
**CONTINUANCE OF JUDGMENT AND SENTENCING; ORDER**

Attachment

cc:  Clerk, United States District Court
United States Attorney's Office
United States Marshal's Office
Federal Defender (If defense counsel is court-appointed)
Probation Office Calendar clerk

✓  **Approved**

_____         10-12-12
**EDWARD J. GARCIA**
**Senior United States District Judge**         **Date**

___  **Disapproved**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

Plaintiff,

vs.

Brenda DESHIELDS

Defendant.
_____/

Docket Number:   2:10CR00299-05

SCHEDULE FOR DISCLOSURE OF
PRESENTENCE REPORT AND FOR
FILING OF OBJECTIONS TO THE
PRESENTENCE REPORT

The Probation Officer and all parties shall adhere to this schedule unless it is later modified by this Court:

| | |
|---|---|
| Judgment and Sentencing Date: | January 4, 2013 @ 10:00 am |
| Reply, or Statement of Non-Opposition: | December 28, 2012 |
| Motion for Correction of the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | December 21, 2012 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | December 14, 2012 |
| Counsel's written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | December 7, 2012 |
| The proposed Presentence Report shall be disclosed to counsel no later than: | November 21, 2012 |