UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
OCT 07 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>**BRENDA DESHIELDS**, )<br>)<br>Defendant. )<br>)<br>_____ ) | Case No.  CR S-10-299-05 WBS<br><br>ORDER FOR RELEASE<br>OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release **BRENDA DESHIELDS** Case CR S-10-299-05 WBS from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

    ___ Unsecured bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond secured by Real Property

    ___ Corporate Surety Bail Bond

    _X_ (Other)  Defendant sentenced to a term of TIME SERVED.

Issued at Sacramento, CA on October 7, 2013 at 9:45 a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM
Copy to Docketing