UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA



FILED
OCT 07 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**BRENDA DESHIELDS**,

    Defendant.

Case No. CR S-10-299-05 WBS

ORDER FOR RELEASE
OF PERSON IN CUSTODY

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release **BRENDA DESHIELDS** Case CR S-10-299-05 WBS from custody for the following reasons:

    ___ Release on Personal Recognizance

    ___ Bail Posted in the Sum of _____

    ___ Unsecured bond

    ___ Appearance Bond with 10% Deposit

    ___ Appearance Bond secured by Real Property

    ___ Corporate Surety Bail Bond

    _X_ (Other) Defendant sentenced to a term of TIME SERVED.

Issued at Sacramento, CA on October 7, 2013 at 9:45 a.m.

By _____
William B. Shubb,
United States District Judge

Orig & Copy: USM ✓
Copy to Docketing ✓